```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JOHN E. LEE (CBN 128696)
    MONICA E. TAIT (CBN 157311)
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone:  (213) 894-3995/2931
 9       Facsimile:  (213) 894-2380/7177
         E-Mail:    john.lee2@usdoj.gov
10                  monica.tait@usdoj.gov

11  Attorneys for Plaintiff
    United States of America
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 04-2788-ABC(PLAx) |
| | [CONSOLIDATED ACTION] |
| Plaintiff, | |
| v. | JOINT AMENDED JUDGMENT RE: AWARD OF ATTORNEYS FEES |
| REAL PROPERTY LOCATED AT 475 MARTIN LANE, BEVERLY HILLS, CALIFORNIA, | |
| Defendant. | |
| CHRISTOPHER KIM, a/k/a KYUNG JOON KIM; BORA LEE; DAS CORPORATION; and OPTIONAL CAPITAL INC., | |
| Claimants. | NO. CV 04-3386-ABC(PLAx) |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |

```
 1  REAL PROPERTY LOCATED AT 924 N.)
    BEVERLY DRIVE, BEVERLY HILLS, )
 2  CALIFORNIA,                    )
                                   )
 3           Defendant.            )
    _____)
 4                                 )
    ERICA M. KIM; DAS CORPORATION; )
 5  OPTIONAL CAPITAL, INC.,        )
                                   )
 6           Claimants.            )
    _____)    NO. CV 05-3910-ABC(PLAx)
 7                                 )
    UNITED STATES OF AMERICA,      )
 8                                 )
             Plaintiff,            )
 9                                 )
                v.                 )
10                                 )
    ALL FUNDS IN CREDIT SUISSE     )
11  PRIVATE BANKING ACCOUNT NO.    )
    0251-844548-6 IN THE NAME OF   )
12  ALEXANDRIA INVESTMENT, LLC,    )
    et al.,                        )
13                                 )
             Defendants.           )
14  _____)
                                   )
15  CHRISTOPHER KIM, a/k/a KYUNG   )
    JOON KIM; ERICA M. KIM;        )
16  BORA LEE; SE YOUNG KIM;        )
    YOUNG AI KIM; ALEXANDRIA       )
17  INVESTMENT, LLC; FIRST         )
    STEPHORA AVENUE, INC.;         )
18  DAS CORPORATION; and           )
    OPTIONAL CAPITAL, INC.,        )
19                                 )
             Claimants.            )
20  _____)
```

The Court entered summary judgment in favor of claimants Christopher Kim, a/k/a Kyung Joon Kim; Erica M. Kim; Bora Lee; Se Young Kim; Young Ai Kim; Alexandria Investment, LLC; and First Stephora Avenue, Inc. (collectively, "Kim claimants"), on March 14, 2007. Because the Kim claimants prevailed on summary judgment, the court ruled on February 12, 2008, that the Kim

2

claimants are entitled to an award of attorneys fees and costs in the amount of $1,113,987.82, pursuant to 28 U.S.C. § 2465(b)(1)(A).  Based on the parties' stipulation, the court hereby amends its February 12, 2008 Order Re: Kim Claimants' Motion for Attorneys' Fees and Costs ("February 12, 2008 Order") as follows:

    1.  The amount of the award is hereby adjusted as follows:

        (A)  The award is reduced by $57,424.82 for the reasons stated in the parties' <u>Stipulation Regarding Deduction of Amount of Attorneys Fees Billed by Quinn Emanuel Relating to Bivens/injunctive Relief Action</u>, filed March 13, 2008;

        (B)  After making the above reduction, the award is increased by $110,575.00 based on the entries preceded by the letter "F" (indicating "forfeiture") on the billing statement for the period April 16, 2007 to February 15, 2008 attached hereto as Exhibit A; and

        (C)  The award is further increased by $5,000.00 based on the entries preceded by the letter "F" on the billing statement for the period February 16, 2008 to March 13, 2008 attached hereto as Exhibit B.

Therefore, the adjusted award is **$1,172,137.90**.  The U.S. shall pay this amount within 30 days of the issuance of a mandate by the Ninth Circuit Court of Appeals affirming this court's summary judgment in C.A. No. 07-55390, by check payable to 'Law Office of Eric Honig Client Trust Account.'  In the event that the Ninth Circuit reverses or vacates this court's summary judgment in C.A. No. 07-55390, or the fees and costs may otherwise be determined by

this court or the Ninth Circuit not to be owing or payable, said amount shall not be owing or payable, except as may be otherwise ordered by the court or by the Ninth Circuit.

IT IS HEREBY FURTHER ORDERED that the adjusted award set forth herein supersedes the amount awarded in the February 12, 2008 order; that this Order constitutes a final judgment for attorneys's fees and costs, and that the court's February 12, 2008 Order was not a final, appealable order; and that the time for appeal of this Order runs from February 12, 2008.

IT IS HEREBY FURTHER ORDERED that the government preserves on appeal, and in any future litigation in this matter in the event of a remand, (1) all objections raised by the government in the oppositions to attorneys fees' awards the government has previously filed in these consolidated matters; and (2) the right to object to the payment of attorneys' fees and costs incurred by one claimant in opposing pleadings filed by another claimant, and claimants preserve their argument that such objection is waived as to fees and costs incurred prior to April 15, 2007.

IT IS HEREBY FURTHER ORDERED that execution of this judgment is hereby stayed until 30 days after the issuance of a mandate by the Ninth Circuit in C.A. No. 07-55390 or in any appeal of this judgment, whichever shall last occur.

DATED: March 19, 2008

_____
The Honorable Audrey B. Collins
UNITED STATES DISTRICT JUDGE