1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  JOHN E. LEE (Cal. Bar No. 128696
   MONICA E. TAIT (Cal. Bar No. 157311)
5  Assistant United States Attorneys
        1100 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone:  (213) 894-3995/2931
        Facsimile:  (213) 894-2380/6269
8       E-mail:     John.Lee2@usdoj.gov
                    Monica.Tait@usdoj.gov
9
10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
11

12                    UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,        )  No.  CV 04-2788 ABC (PLAx)
                                    )       CV 04-3386 ABC (PLAx)
15            Plaintiff,            )       CV 04-3910 ABC (PLAx)
                                    )
16                 v.               )       (Consolidated Cases)
                                    )
17 REAL PROPERTY LOCATED AT 475     )  (Proposed)
18 MARTIN LANE, BEVERLY HILLS,      )  AMENDED JUDGMENT RE:
   CALIFORNIA,                      )  INTERVENTION ATTORNEY'S FEES
19                                  )  (AMENDING DOCKET NO. 702)
                                    )
20            Defendant.            )
                                    )
21 CHRISTOPHER KIM, ET AL.          )
                                    )
22            Claimants.            )
                                    )
23                                  )
   LAW OFFICE OF ERIC HONIG,        )
24 APLC, AND ERIC HONIG,            )
                                    )
25      Intervenors.                )
                                    )
26                                  )
   UNITED STATES OF AMERICA,        )
27                                  )
        Intervenor.                 )
28

1    The Court having reviewed the accompanying stipulation

2 between plaintiff United States of America and intervenors Eric

3 Honig and Law Offices of Eric Honig, APLC (collectively,

4 "Intervenors") for entry of this Amended Judgment hereby finds

5 as follows:

6    1.   On July 19, 2010, the Court entered an order

7 permitting Intervenors to intervene as of right in these

8 consolidated actions pursuant to Fed. R. Civ. P. 24(a) (docket

9 no. 689 in CV 04-2878) (the "Intervention Order").  In the same

10 order, the Court held that attorney fee awards ordered in this

11 action by this Court to the Kim Claimants[1] pursuant to 28 U.S.C.

12 § 2465(b) belong and should be paid directly to Intervenors.

13 The Intervention Order was later vacated by the Ninth Circuit

14 and the matter remanded to this district court.  The prior

15 stipulated Judgment entered as document 702 was dependent in

16 part upon the resolution on the merits of an appeal of the

17 Intervention Order.  The fact that the Intervention Order was

18 vacated without a decision on the merits by the Ninth Circuit

19 rendered certain conditions of document 702 impossible to

20 fulfill.

21    2.   Definitions of terms used in this Judgment:

22       a.   "Intervention Attorney's Fees" refers to an award

23 of attorneys fees to Intervenors relating to work performed

24 solely on behalf of Intervenors to and including September 21,

25 2010; and

26 ───────────────

27 [1]  The "Kim claimants" are Christopher Kim, also known as Kyung Joon Kim; Bora Lee; Erica Kim; Se Young Kim; Young Ai Kim;

28 Alexandria Investments, LLC; and First Stephora Avenue, Inc.

1          b.    "Wrongful Levy Action" means the matter Law

2   Offices of Eric Honig, A.P.L.C., et al. v. United States, CV 09-

3   7568-ABC.

4        3.   It is the intent of the United States and Intervenors

5   to resolve the Intervention Attorney's Fees by their

6   accompanying Stipulation, their prior Stipulation docketed as

7   document number 701 (the "agreement"), and this Amended

8   Judgment.   The parties have agreed that the reasons for their

9   settlement and the terms thereof are not fully and completely

10  expressed in their agreement and that the agreement, or the fact

11  that the parties have entered into an agreement, may not be

12  used, referenced or cited in any future fee dispute.   By

13  entering into their agreement and its provisions, the government

14  has not conceded (a) that it was not substantially justified

15  with respect to any positions taken in these consolidated

16  actions or the Wrongful Levy Action; (b) that Intervenors or

17  their counsel are entitled to a fee award under the Equal Access

18  to Justice Act (28 U.S.C. § 2412(d)) or any other statute; (c)

19  that any hourly rate upon which the parties' agreement is based

20  is either the true rate billed, or a reasonable rate for

21  purposes of any fee-shifting statute; (d) that any billing

22  method or practice used in this case is reasonable for the

23  purposes of any fee-shifting statute; or (e) that any amounts

24  claimed by the Intervenors were reasonably incurred by them.

25  Neither the Kim claimants, nor Intervenors, nor counsel for

26  Intervenors may cite to or rely upon the agreement or this

27  Judgment in support of an argument concerning attorney fees

28  against the Unites States (or any of its departments or

1  agencies), either to establish entitlement to fees under any

2  statute or to establish a claimed hourly rate or scope of

3  allowable work, in any federal district or appellate court.

4       4.    Pursuant to the parties' Stipulation and

5  agreement, judgment is hereby entered for Intervention

6  Attorney's Fees in favor of Intervenors and against the

7  United States in the amount of $159,760.98 (the "Settlement

8  Amount").   The United States has already paid $79,880.49 of

9  the Settlement Amount pursuant to document 702.   The

10 Payment of the remaining $79,880.49 of the Settlement

11 Amount depends on the outcome of an appeal of the Order Re:

12 Motion to Determine Ownership of Fees entered October 5,

13 2012 and docketed as no. 1036 in this action ("Dkt. 1036").

14 If Dkt. 1036 is either affirmed in its entirety or at least

15 to the extent of awarding the unpaid balance of the

16 separate March 19, 2008 attorney's fee award in the amount

17 of $1,172,137.90 ("the $1,172,137.90 Fee Award") or the

18 $282,650 supplemental attorney fee award against the

19 government ordered on January 25, 2010, Docket No. 144 in

20 Case No. CV 05-3910 (the "$282,650 Fee Award") to

21 Intervenors, and such decision is not appealed further, or

22 certiorari is denied, or is affirmed by the United States

23 Supreme Court, or all appeals of Dkt. 1036 are dismissed,

24 then the United States shall pay the remaining $79,880.49

25 of the Settlement Amount within 45 days after the issuance

26 of the mandate of the last court to consider the matter (or

27 within 45 days after the final denial of certiorari,

28 whichever is later).   If, however, Dkt. 1036 is either

1  reversed in its entirety or at least to the extent of

2  awarding the unpaid balance of the $1,172,137.90 Fee Award

3  or the $282,650 Fee Award to anyone other than Intervenors,

4  and such decision is not appealed further, or certiorari is

5  denied, or is affirmed by the United States Supreme Court,

6  then the United States shall neither pay nor owe the

7  remaining $79,880.49 of the Settlement Amount.

8      5.   In consideration of the agreement, Intervenors and

9  their counsel have released and waived any claim either of them

10  may have for attorney's fees in connection with the Wrongful

11  Levy Action to and including September 21, 2010.

12      6.   Except as specifically provided above, each party

13  shall bear its own costs of litigation and attorney's fees in

14  connection with the Settlement Amount.  Each party waives its

15  right to appeal this Amended Judgment.  The Court retains

16  jurisdiction over the intervention matter and the parties hereto

17  to effectuate the terms of the agreement.  This judgment amends

18  the prior judgment entered as document 702.

19      **IT IS SO ORDERED.**

20

21  DATED: November 7, 2012       _____

22                                The Honorable Audrey B. Collins
                                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28