LAW OFFICE OF ERIC HONIG, APLC
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 314-2603
Fax: (310) 943-2220

Attorney for Claimants Se Young Kim and Young Ai Kim

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>REAL PROPERTY LOCATED AT 475 MARTIN LANE, BEVERLY HILLS, CALIFORNIA, ET AL,<br>Defendants.<br>CHRISTOPHER KIM, et al,<br>Claimants.<br>LAW OFFICE OF ERIC HONIG, APLC AND ERIC HONIG, and UNITED STATES OF AMERICA,<br>Intervenors. | **No. CV 04-2788-ABC (PLAx)**<br>(CONSOLIDATED CASES)<br>No. CV 04-3386-ABC (PLAx)<br>No. CV 05-3910-ABC (PLAx)<br>[~~PROPOSED~~]<br>**FINAL JUDGMENT RELEASING AND RETURNING CERTAIN DEFENDANT PROPERTIES TO CLAIMANTS SE YOUNG KIM AND YOUNG AI KIM** |

Considering the withdrawal of all claims made by claimant Optional Capital, Inc. against the defendant properties listed below, which have been claimed by Se Young Kim and Young Ai Kim, and considering that no objections have been filed by any other claimant or intervener pursuant to Local Rule 52-7 to the entry of the instant proposed judgment,

IT IS ORDERED that the following defendant properties shall be released and

returned to claimants Se Young Kim and Young Ai Kim, through their counsel of record Eric Honig, forthwith:

1. $174,315.16 seized from Wilshire State Bank Account no. 3219380 in the name of Se Young Kim, presently in the custody of the United States District Court, including all accrued interest thereon;

2. A 2004 Mercedes Benz CL 500, presently in the custody of the United States Marshal's Service; and

3. A Mercedes Benz S500, presently in the custody of the United States Marshal's Service.

IT IS FURTHER ORDERED that the Clerk of Court shall release and return the above funds by check payable to Se Young Kim and Young Ai Kim;

IT IS FURTHER ORDERED that the United States shall forthwith execute and filed with the Department of Motor Vehicles a withdrawal of the lien it placed on the defendant Mercedes Benz S500 (currently in the possession of claimant Se Young Kim, pursuant to the court's November 13, 2007 order releasing custody of the vehicle to him), and any other documents necessary to terminate any interest of the United States in said vehicle;

IT IS FURTHER ORDERED that Se Young Kim and Young Ai Kim shall not be liable for any costs incurred for the storage or maintenance of the Mercedes Benz vehicles during the pendency of these proceedings, or any other costs incurred by any of the parties to this action relating to the seizure, storage or maintenance of the vehicles.

IT IS FURTHER ORDERED that the Court hereby retains jurisdiction over this action for the purpose of ensuring prompt and complete compliance with this Judgment by the Clerk of Court, the USMS and the parties.

DATED: May 23, 2013

[signature]

UNITED STATES DISTRICT JUDGE